## AFFIDAVIT OF SERVICE

| Case: 19-2409 | Court: UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA | County: , PA | Job: 3500889 (927318) |
|---|---|---|---|
| Plaintiff / Petitioner: NKIRUKA G. UDODI | | Defendant / Respondent: EVERETT STERN AND TACTICAL RABBIT, INC | |
| Received by: HEAVEN SENT LEGAL SERVICES | | For: NKIRUKA G UDODI | |
| To be served upon: TACTICAL RABBIT, INC | | | |

I, MARTIN A ETTORRE, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Chris Trongone, COMPANY: 890 S MATLACK ST SUITE 460, WEST CHESTER, PA 19382

**Manner of Service:** Substitute Service - Business, Jun 25, 2019, 1.04 pm EDT

**Documents:** SUMMONS IN A CIVIL ACTION, JURYT TRIAL DEMANDED AND COMPLAINT (Received Jun 25, 2019 at 12:31pm EDT)

**Additional Comments:**
1) Successful Attempt: Jun 25, 2019, 1.04 pm EDT at COMPANY. 890 S MATLACK ST SUITE 460, WEST CHESTER, PA 19382 received by Chris Trongone. Age: late 30s; Ethnicity: Caucasian; Gender: Male; Weight: 150; Height: 5'6"; Hair: Red; Eyes: Blue; Relationship: Mr Trongone is the property manager of The Pointe, 890 Matlack St., and eagerly accepted service on behalf of Tactical Rabbit, and Mr Stern ;

_signature_ 06/25/2019

MARTIN A ETTORRE    Date

HEAVEN SENT LEGAL SERVICES
421 N 7TH ST SUITE 422
PHILADELPHIA, PA 19123
(866) 331-4220

*Subscribed and sworn to before me by the affiant who is personally known to me.*

Notary Public

Date        Commission Expires

The Clerk
United States District Court
Eastern District of PA.
601 Market Street
Phila. pa. 19106

Re: Udodi v. Stern, et al
No; 19- 2409 Civil.

Dear Clerk,

Please find enclosed, affidavit of service provided by the process server legal services called Heaven sent Legal services. This affidavit indicates that Everett Stern and Tactical Rabbit Inc, have been served.

Respectfully Submitted,

Nketuka Udodi, pro se

Nkiruka Ubadi

PHILADELPHIA PA 190

29 JUN 2019 PM 7 L



The Clerk of court U.S.M.S.
2609 U.S. Courthouse X-RAY
601 Market Street
Phila. pa. 19106

19106-172999