## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Nkiruka G. Udodi<br><br>                      Plaintiff<br><br>v.<br><br>Everett Stern, Tactical Rabbit, Inc.<br><br>                      Defendants. | Civil Action<br><br>No. 19-cv-2409 |

## ORDER

AND NOW, this 2nd day of August, 2019, upon consideration of Defendants' Motion to Seal Plaintiff's "Response in Opposition to Motion to Dismiss Filed by Defendants Sub Judice", it is hereby ORDERED that the Motion is GRANTED. Plaintiff's "Response in Opposition to Motion to Dismiss Filed by Defendants *Subjudice*" is to be filed under seal pursuant to Federal Rule of Civil Procedure 5.2(d)

                                              BY THE COURT:

                                                /s/ Cynthia M. Rufe

                                                _____

                                                                     J.