**CHRISTIAN C. NDUKA, ESQUIRE**
**IDENTIFICATION NO.: 53844**
1233 Saint James Street
Philadelphia, PA 19107           **Attorney for Plaintiff**
215-731-1620
esquire4@verizon.net

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **NKIRUKA G. UDODI** : | **Civil Action** |
| Plaintiff : | |
| : | |
| v. : | **No. 19-cv-2409** |
| : | |
| **EVERETT STERN, TACTICAL RABBIT, INC.** : | |
| Defendants. : | |

### NOTICE OF APPEARANCE

**TO THE CLERK:**

Please enter my appearance on behalf of Plaintiff, NKIRUKA G. UDODI, in the above-entitled matter.

Respectfully yours,

*/s/ Christian C. Nduka*
**CHRISTIAN C. NDUKA, ESQUIRE**