# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Nkiruka G. Udodi<br><br>　　　　　　　　　Plaintiff<br><br>v.<br><br>Everett Stern, Tactical Rabbit, Inc.<br><br>　　　　　　　　　Defendants. | Civil Action<br><br>No. 19-cv-2409 |

# <u>ORDER</u>

AND NOW, this _____ day of _____, 2019, upon consideration of the Motion to Strike Defendant's Reply Brief filed by Plaintiff, Nkiruka G. Udodi, Defendants' Response to that Motion, and Defendants' brief in support thereof, it is hereby ORDERED that the Motion is DENIED. Plaintiff's Motion to Strike Defendant's Reply Brief is dismissed with prejudice.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　J.

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| Nkiruka G. Udodi | |
| --- | --- |
| Plaintiff | Civil Action |
| v. | |
| Everett Stern, Tactical Rabbit, Inc. | No. 19-cv-2409 |
| Defendants. | |

## RESPONSE OF DEFENDANTS EVERETT STERN AND TACTICAL RABBIT, INC. TO PLAINTIFF NKIRUKA G. UDODI'S MOTION TO STRIKE DEFENDANTS' REPLY BRIEF

Defendants, Everett Stern and Tactical Rabbit, Inc. (hereinafter "Defendants"), by and through its attorneys, Lamb McErlane PC, hereby submit this Response in opposition to Plaintiff Nkiruka G. Udodi's Motion to Strike Defendants' Reply Brief. The reasons supporting this Response are set forth in the accompanying Memorandum of Law, which Defendants incorporate herein by reference.

Respectfully submitted,

**LAMB McERLANE PC**

/s/ T. Maxwell O'Keefe
T. Maxwell O'Keefe, Esquire
Attorney I.D. No. 208685
24 East Market Street
P.O. Box 565
West Chester, PA  19381-0565
(610) 430-8000

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Nkiruka G. Udodi<br><br>　　　　　　　　　Plaintiff<br><br>v.<br><br>Everett Stern, Tactical Rabbit, Inc.<br><br>　　　　　　　　　Defendants. | Civil Action<br><br>No. 19-cv-2409 |

### MEMORANDUM OF LAW IN SUPPORT OF RESPONSE OF DEFENDANTS EVERETT STERN AND TACTICAL RABBIT, INC., TO PLAINTIFF NKIRUKA G. UDODI'S MOTION TO STRIKE DEFENDANTS' REPLY BRIEF

Defendants, Everett Stern and Tactical Rabbit, Inc. (hereinafter "Defendants"), by and through their attorneys, Lamb McErlane PC, hereby submit this Response in opposition to Plaintiff Nkiruka G. Udodi's Motion to Strike Defendants' Reply Brief.

Plaintiff's Motion to Strike Defendants' Reply Brief claims that Defendants filed their Brief replying to Plaintiff's Response to Defendants' Motion to Dismiss outside the 14 day "time limitation" required by "the local rules, policies, and procedures," "without leave of court," and thus requests this Court to strike Defendants' Reply Brief. Plaintiff claims that because Plaintiff filed her Response

to Defendants' Motion to Dismiss on August 1, 2019, Defendants had fourteen days from August 1, 2019 – until August 15, 2019 – in which to file a Reply Brief, and thus concludes that Defendants' filing of their Reply Brief on August 16, 2019, is untimely. Plaintiff's grounds for her Motion to Strike are without merit, hence her Motion should be denied.

First, Plaintiff misstates Rule 7.1(a) of the Local Rules of Civil Procedure for the United States District Court for the Eastern District of Pennsylvania, by claiming that a reply must be filed within 14 days of the date the motion to which the reply responds <u>is filed</u>. In fact, Rule 7.1(a) very clearly states that the reply must be filed "within fourteen (14) days <u>after service of the motion</u> and supporting brief." *Local Rules of Civil Procedure for the United States District Court for the Eastern District of Pennsylvania 7.1(a)* (Emphasis added)

Plaintiff fails to include in its Motion to Strike that while Plaintiff filed her Response to Defendant's Motion to Dismiss on August, 1, 2019, Plaintiff only *served* Defendants' counsel with her Response to Defendant's Motion to Dismiss on *August 2*, 2019. Per the clear instruction of Rule 7.1(a), Defendants had fourteen days from the <u>date of service</u>, August 2, 2019, in which to file their Reply Brief. Defendants' Reply Brief filed on August 16, 2019, within 14 days of *service*, hence was timely under Rule 7.1(a)

Second, Plaintiff inexplicably cites to and relies upon the Honorable Judge Mitchell S. Goldberg's Policies and Procedures, despite the fact that this Honorable Court has its own Policies and Procedures that explicitly "follow the requirements of Local Rule of Civil Procedure 7.1" *See Judge Rufe's Policies and Procedures (Pg. 4)*. Because Local Rule of Civil Procedure 7.1 makes clear that the 14 day reply period runs from the <u>date of service</u>, not the date of filing, Defendants' filing of their Reply Brief on August 16, 2019 comports with this Court's Policies and Procedures

Third, Plaintiff's contention that Defendants were required to seek Court approval to file their Reply is without support. This Court's Policies and Procedures clearly state "Reply and Sur-Reply memoranda may be filed <u>without leave of Court</u>…" (Emphasis added) *Id*. Thus, Plaintiff's contention that Defendants' Reply Brief should be struck because Defendants did not first obtain leave of Court is completely without merit.

While Plaintiff's Motion to Strike should clearly be denied, Defendants have no objection to Plaintiff's Sur-Reply, in fact Defendants welcome it. As with her previous pleadings, Plaintiff's Sur-Reply incorporates e-mail correspondence that directly contradicts Plaintiff's argument that Defendants were not authorized to submit the appeal letter on behalf of Plaintiff's son. Thus Plaintiff's Sur-Reply and attachments lend further support to Defendants' Motion to Dismiss.

For the reasons set forth herein Defendants' Memorandum of Law, Defendants respectfully request that this Court deny Plaintiff's Motion to Strike.

    Respectfully submitted,

    **LAMB McERLANE PC**

    /s/ T. Maxwell O'Keefe
    T. Maxwell O'Keefe, Esquire
    Attorney I.D. No. 208685
    24 East Market Street
    P.O. Box 565
    West Chester, PA  19381-0565
    (610) 430-8000