IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NKIRUKA G. UDODI,<br><br>                Plaintiff,<br><br>   v.<br><br>EVERETT STERN and<br>TACTICAL RABBIT, INC.,<br><br>              Defendants. | CIVIL ACTION NO. 19-2409 |

### ORDER

**AND NOW**, this 12th day of September 2019, upon consideration of Plaintiff's Motion to Strike Defendant's Reply Brief or, in the Alternative, for Permission to Submit a Sur-Reply [Doc. No. 10] and Defendant's Response thereto, it is hereby **ORDERED** as follows:

1. The Motion to Strike is **DENIED**.
2. The unopposed Motion for Permission to Submit a Sur-Reply is **DISMISSED** as moot and Plaintiff's Sur-Reply brief, attached to the Motion as Exhibit 1, is accepted, as leave of court is not required to submit a Sur-Reply brief under the applicable Policies and Procedures of this Court.

It is so **ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe
CYNTHIA M. RUFE, J.