IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NKIRUKA G. UDODI,<br><br>    Plaintiff,<br><br>v.<br><br>EVERETT STERN and<br>TACTICAL RABBIT, INC.,<br><br>    Defendants. | CIVIL ACTION NO. 19-2409 |

## ORDER

**AND NOW**, this 10th day of February 2020, upon consideration of Defendants' Motion to Dismiss [Doc. No. 4] and the responses and replies thereto, and for the reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** that the Motion is **GRANTED in part and DENIED in part** as follows. The Motion is **GRANTED** as to Plaintiff's fraud claim, which is **DISMISSED with prejudice**. The Motion is also **GRANTED** as to Plaintiff's defamation claim, which is **DISMISSED without prejudice**. The Motion is **DENIED** as to Plaintiff's breach-of-contract claim.

It is further **ORDERED** that Plaintiff may file an Amended Complaint by **March 2, 2020**. If Plaintiff does not file an Amended Complaint, Defendants shall answer the Complaint by **March 16, 2020**.

It is so **ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe, J.
**CYNTHIA M. RUFE, J.**